UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TUTOR PERINI CORPORATION and
FRONTIER-KEMPER CONSTRUCTORS,
INC.,

                                    Plaintiffs,                              25-cv-4202 (PKC)

                    -against-                                               ORDER


METROPOLITAN TRANSPORATION
AUTHORITY,

                                    Defendant.

-----------------------------------------------------------x
CASTEL, District Judge:


          Without addressing the futility argument of the defendant, the Court will grant

plaintiff leave to to file the proposed Amended Complaint without prejudice defendant's right

to move to dismiss the complaint.  The Amended Complaint shall be filed by September 12,

2025.   The motion to dismiss the pre-existing complaint will be denied as moot without

prejudice to filing a renewed motion to dismiss addressing the Amended Complaint by

October 14, 2025.  Plaintiff may respond by November 17, 2025, and defendant may reply by

December 4, 2025. With the expansion of claims, the parties will be allowed up to 40 pages

on their main briefs and the defendant allowed 25 pages on its reply.

          Motion at ECF 20 should be terminated.


          SO ORDERED.

-2-

P. Kevin Castel
United States District Judge

Dated: New York, New York
        September 8, 2025